IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Case No. 3:26-mj-007 |
| vs. | : Magistrate Judge Peter B. Silvain, Jr. |
| SAMUEL ADAM MALACHI YEARGAN, | : |
| Defendant. | : |

**OBJECTION TO GOVERNMENT'S MOTION FOR ORDER AUTHORIZING ADMINISTRATION OF TB TEST**

Now comes the Defendant, Samuel Yeargan, by and through undersigned counsel, and hereby respectfully objects to the government's motion requesting an order to, if necessary, forcibly administer a TB test to Mr. Yeargan. (See government motion, electronically filed at document number 7).

Mr. Yeargan is currently refusing to communicate with undersigned stand-by counsel, but based on Mr. Yeargan's expressed concerns concerning government medical experimentation and implementation of various medical devices involving his person, it is clear that Mr. Yeargan does object to any invasive medical procedure, including this proposed TB test.

Mr. Yeargan has also expressed specific religious persecution, telling Dr. De Marchis, "I'm a blood born Christian, I believe it is retaliation, conservative Christian targeting. I'm filing a motion for conflict of interest against my attorney for religious reasons." Based on these beliefs, undersigned counsel construes Mr. Yeargan's objection as rooted in First Amendment religious freedom, and asserts that the test violates Mr. Yeargan's sincerely held religious beliefs.

1

Respectfully submitted,


JOSEPH MEDICI
FEDERAL PUBLIC DEFENDER

s/F. Arthur Mullins
F. Arthur Mullins (0080483)
Assistant Federal Public Defender
Fifth Third Center, Suite 490
1 South Main Street
Dayton, Ohio 45402
(937) 225-7687
Art_Mullins@fd.org


**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                                  s/F. Arthur Mullins
                                                   F. Arthur Mullins